Sam Panitch, Appellee, v. Yellow Cab Company, Defendant, Clarence Cross, Inc., Defendant, Yellow Cab Company, Appellant.

Gen. No. 42,356.

opinion filed May 23, 1944. Samuel A. & Leonard B. Ettelson, for appellant; Edward C. Higgins and Robert E. Samuels, of counsel; Stanley L. Shetler, for Clarence Cross, Inc.; Irving G. Zazove, for appellee; Clyde C. Fisher, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.